573 A.2d 1025

In re DETERMINATION OF PRIORITY OF COMMISSION AMONG CERTAIN JUDGES OF THE COURT OF COMMON PLEAS OF ALLEGHENY COUNTY.

Petition of Nancy SOBOLEVITCH, Court Administrator of Pennsylvania (Two Cases).

In re DETERMINATION OF PRIORITY OF COMMISSION AMONG CERTAIN JUDGES OF THE COURT OF COMMON PLEAS OF NORTHAMPTON COUNTY.

Nos. 10 and 11 E.D. Misc. Dkt. 1990.

Supreme Court of Pennsylvania.

Argued April 2, 1990.

Decided May 7, 1990.

Samuel J. Cordes, Pittsburgh, for Jeffrey A. Manning and Lee J. Mazur, JJ.

Michael C. Deschler, Bethlehem, for William F. Moran and Kimberly McFadden, JJ.

Cynthia Baldwin, McKeesport, David Max Baer, Robert Gallo and Paul Lutty, Judges–Elect and Paul Zavarella, P.J. Pittsburgh, for respondents at No. 10.

James C. Hogan, Easton, J. Alfred T. Williams, Jr., P.J., Bethlehem, and Robert P. Casey, Gov. of Pa., Harrisburg, for respondents at No. 11.

Howard M. Holmes, Charles W. Johns, Philadelphia, for intervenor—Court Admin. of Pa.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, ZAPPALA, PAPADAKOS and CAPPY, JJ.

ORDER

PER CURIAM:

Relief requested denied. *See In re Determination of Priority of Commission Among Certain Judges of the*

*Superior and Commonwealth Courts,* 493 Pa. 555, 427 A.2d 153 (1981).